NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROSIE L. KELLY,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7062

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4018, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

ERIC P. BRUSKIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, MARTIN F. HOCKEY, JR. Assistant Director, and JAMES SWEET, Trial Attorney. Of counsel on the brief was MICHAEL J. TIMINSKI, Deputy Assistant General Counsel and TRACEY WARREN, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2013                    /s/ Jan Horbaly
Date                              Jan Horbaly
                                   Clerk